IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BRUNSON ROBERTS
ADC # 127841

PLAINTIFFS

v.                              2:06CV00222 SWW/HDY

LARRY NORRIS *et al.*                              DEFENDANTS

## **ORDER**

Pending before the Court is Plaintiff's Motion (docket entry #62) for voluntary non-suit of his claims against the Defendants in this action. According to the motion, Plaintiff has settled his claims with the Defendants to their mutual satisfaction. Therefore, for good cause shown, Plaintiff's Motion is GRANTED and this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of September, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE