IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BRUNSON ROBERTS
ADC # 127841

PLAINTIFFS

v.                              2:06CV00222 SWW/HDY

LARRY NORRIS *et al.*                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this 13th day of September 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE